ALFRED FEINBLUM et al., Respondents, *v.* CITY OF NEW YORK, Appellant, Impleaded with Others.

Submitted March 9, 1938; decided April 12, 1938.

*William C. Chanler*, Corporation Counsel (*Leonard M. Wallstein, Jr.*, and *Paxton Blair* of counsel), for appellant.

*Max Taylor, Arthur Ofner* and *Julius L. Neidle* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.